IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA**   *
                               *
vs.                            *   CR. NO.**92-20068-1-Ml**
                               *
**DARRELL JONES**              *

**ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING**

On July 24, 2007, Darrell Jones appeared before me on a charge of violation of the terms and conditions of his probation/supervised release in this matter. The defendant was advised of his rights under Rules 5 and 32.1(a)(1), Federal Rules of Criminal Procedure .

At this hearing, the defendant was released on bond and, therefore, a preliminary hearing on the violation was not required. See United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976) and United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733 (1976).

Accordingly, defendant, ***Darrell Jones*** is held to a final revocation hearing before U.S. District Judge ***Jon P. McCalla*** and in accordance with the provisions of Rule 32.1(a)(2), Federal Rules of Criminal procedure.

IT IS SO ORDERED.

ENTERED this 24th day of July, 2007.

                                                    s/James H. Allen
                                                  JAMES H. ALLEN
                                                  UNITED STATES MAGISTRATE JUDGE